STATE v. WOODARD

No. 582P87.

Case below: 87 N.C. App. 295.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE ex rel. EMPLOYMENT SECURITY COMM. v. FAULK

No. 28P88.

Case below: 88 N.C. App. 369.

Petition by defendant for writ of supersedeas of judgment of Court of Appeals denied 26 January 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 January 1988.

STATE ex rel. LONG v. BEACON INS. CO.

No. 545P87.

Case below: 87 N.C. App. 72.

Petition by ICI and Plymouth for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STEGALL v. ZONING BD. OF ADJUSTMENT OF
COUNTY OF NEW HANOVER

No. 607P87.

Case below: 87 N.C. App. 359.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

THOMPSON CADILLAC-OLDSMOBILE, INC. v.
SILK HOPE AUTOMOTIVE, INC.

No. 653P87.

Case below: 87 N.C. App. 467.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.